IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

OLASUPO OLAGOKE,

    Plaintiff,

vs.

KOCH CELLULOSE,

    Defendant.

CIVIL ACTION NO.: CV205-219

## ORDER

    Defendant filed a Motion for Sanctions pursuant to Federal Rule of Civil Procedure 37(c)(1). Defendant seeks an Order for sanctions against the Plaintiff for his failure to make initial disclosures pursuant to Rule 26(a)(1). Defendant urges the Court to prohibit Plaintiff from utilizing any witness or information not appropriately disclosed. Defendant also seeks an award of attorney's fees and expenses incurred for bringing this motion. Plaintiff, who is proceeding *pro se* in this case, has filed a response and has also moved for sanctions. Defendant's Motion for Sanctions and for an award of fees and expenses is **DENIED** at this time as Plaintiff may supplement those disclosures. However, Plaintiff will be precluded from utilizing any witness or information not timely disclosed in his initial Rule 26(a)(1) disclosure or any supplement thereto. The motion for sanctions filed by Plaintiff is also **denied**.

    **SO ORDERED**, this 1st day of May, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)