AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

OLASUPO OLAGOKE

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV205-219

KOCH CELLULOSE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order entered by the Court on September 22, 2006; granting Defendant's Motion for Summary Judgment and to Strike Plaintiff's Amended Complaint; judgment is hereby entered granting Defendant Koch Cellulose Motion for Summary Judgment and this case stands dismissed.

September 22, 2006
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03